RECEIVED
2022 MAR 11 A 9:58

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ledarrius J. Ollison #268972
Easterling Correctional Facility
Full name and prison name of
Plaintiff(s)

v.

LT. Boyd, CAPT. Jenkins,
SGT. Lovejoy, OFFICER
SPANN, OFFICER JACKSON,
OFFICER MASSEY, AND
LT. McCovery

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:22-cv-126
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ NO ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)
   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT ~~Easterling Correctional Facility~~ Limestone Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | LT. K. Boyd | 200 Wallace Drive |
| 2. | SGT. D. Lovejoy | 200 Wallace Drive |
| 3. | Officer. S. Spann | 200 Wallace Drive |
| 4. | Officer. L. Jackson | 200 Wallace Drive |
| 5. | Officer. Massey | 200 Wallace Drive |
| 6. | LT. McCovery | 200 Wallace Drive |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED December 9, 2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Unnecessary "Excessive" Force on me for Malicious, Sadistic Reasons to cause me Pain and Suffering.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON DECEMBER 9, 2021 At About 9:00PM to 10:00PM The Surviellance Cameras up in B-Dorm on 1 side will show, The following officers I have listed coming down Tier, AND "I" inmate leave the cell shirtless, AND TO only come Back with Bandages + Bruises From Head to Toe.

GROUND TWO: The 8th Amendment of the United States Constitution to be Free From Cruel and Unusual Punishment.

SUPPORTING FACTS: The Medical Cameras will Show As My Body Charts; Me Having Bruises, Cuts, Burns and Gashes All over My Body and The Nurses Cleaning Me up. The Defendants who Are listed, were all deliberately indifferent towards My 8th Amendment As they All Participated in the Harmful Acts done to me Cause Me pain

GROUND THREE: Unneccessary Use of Force Violated My Rights in the Above Grounds As well.

SUPPORTING FACTS: Unnecessary Use of Excessive Force was used on Me while in Restraints when I was Pepper Sprayed And Not decontaminated in Medical At A Eyewash Station. I was Clearly in Pain, AND The Defendant LT. Boyd Snatched Me by the Leg Irons AND Started Dragging Me on the Concrete pavement by My Feet And Shackles causing Concrete Burns, Scratches gashes, Bruises AND Swelling all over Me; My Face, Chest, Shoulders, Back And Legs. Calling Me A "Dumb Bitch Ass Nigga." Defendants All refuse to protect Me From these Violent Attacks By LT. Boyd AND even helped Him Condone it AND Participated in these excessive unnecessary Use of Force on Me, which Served No Penological Interests.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Wherefore I Request you to order a Trial by Jury and Award punitive Damages against all defendants in their Individual capacities in the amount of $100,000 one Hundred Thousand Dollars!

Ledarius J. Ollison #268972
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/15/2021
(Date)

Ledarius J. Ollison #268972
Signature of plaintiff(s)

SWORN / AFFIRMED AND SUBSCRIBED BEFORE ME, Daryl Degraffenried

COMMISSION EXP. 01/18/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ledarrius J. Ollison
    plantiff,
V.              Civ#: 2:22-CV-126-WKW-SMD
Lt. Boyd, Lt. McCovery,
Sgt. Lovejoy, Officer
Spann, officer Jackson
Officer. Massey defendants,

## 42 USC 1983
## Civil Rights Complaint.

Your Honor, Mr. Ollison is appearing Pro Se, today in your most Honorable Court Respecting that you allow me to proceed with this Non Frivilous 1983 Civil Rights Complaint.

**✱ Claim #1 ✱**
Unnecessary Use of Force violated my Rights under the 8th Amendment of the United States Constitution to be free from Cruel and Unusual Punishment as defendants did deliberately use Unnecessary "excessive" force on me for malicious, sadistic Reasons to cause me Pain and Suffering.

#1) On or About December 9th 2021 I was trying to

Pg 2 of 6

use the phone to call family member due to a death in my family.

#2) I was approved a phone call by Warden McCoy and Cpt. Gordy and was on the door screaming for a phone the whole 2nd shift while Sgt. LoveJoy, Lt. Boyd, Ms. Jackson and officer Spann was working from 2:00 pm to 9:00 pm but for some reason the segregation officers Mr. Spann and Ms. Jackson would not give me a reasonable amount of time to use the phone.

#3) I was very depressed, mad, upset and feeling suicidal and Homicidal over the whole situation and could not even get Mental Health worker to come to the door to help me.

#4) I set a Fire underneath my front cell door and really to this day am not exactly sure why, I Blacked out and am on the Mental Health case load so don't know if I was trying to kill myself or what?!.

#5) About 9:00 pm to 10:00 pm the Surveillance cameras up in B-dorm on one side will show Lt. Boyd, Lt. McCovery, Sgt. LoveJoy, Col. Spann and Jackson coming down the Tier and Lt. Boyd opening my Tray slot on my door and spraying a Fire Extinguisher all over me and in my Face for no Reason other than to retaliate against me and cause me pain and suffering!!!

pg 3 of 6

#6) This Lt. Boyd was calling me a "Stupid Nigga", "Fuck Boy" and saying he was gonna "Fuck me Around" as he left me in the cell for a minute or so unable to breath and see. I thought I was gonna die for real from no oxygen and breathing in all that extinguisher spray.

#7) Lt. Boyd came to the cell door and told me to cuff up so I complied and submitted to the handcuffs and my door was opened.

#8) I was escorted to the B-Dorm lobby where a Surveillance Camera is at and Sgt Loveday put shackles on my feet so tight I could not even walk. I said these cuffs and shackles are way to tight, I'm not resisting so whats up with this.

#9) At this time you can clearly see officer Spann and Loveday snatch my feet up from under me slaming me face first into the concrete floor of the lobby where the camera is at causing me excruciating pain in my legs and face.

#10) I was violently snatched up to my feet and dragged and escorted to the B-Dorm entrance door and had my face and body slamed into the front door on the way outside to go to medical with no shirt on.

#11) Once outside the door on the concrete walkway going towards medical the outside cameras will clearly

PB 4 of 6

show one of these defendants either LoveJoy, McCovery, Spann, Jackson or Boyd snatching my leg Irons up from under me slamming me to the concrete ground and "one" of these defendants Pepper Sprayed me all over for no reason on my face and body as "all" these defendants started punching me and kicking me while I was shackled and cuffed to the rear in a defenseless position screaming out in pain "please Stop" and "I'm Sorry"

#12) Sgt Boyd then started dragging me on the concrete Floor by my Feet and Shackles causing concrete Burns, scratches, gashes, Bruises and swelling all over me, my Face, Chest, Shoulders, Back and legs calling me a "dumb Nigga" and saying "you wanna Die" "I'm gonna kill you then Bitch"

#13) Defendants McCovery, Spann, Jackson and LoveJoy all refused to protect me from these violent attacks by Boyd and even helped him, condoned it, and participated in this excessive unnecessary use of Force on me for punitive reasons wich served no penilogical Interests whatsoever!

#14) Boyd stopped dragging me on the concrete, told his staff to pick me up and carry me to medical - At medical the nurses tried to stop the Bleeding on my wounds with Bandages and Gauze and Tape after they cleaned and documented my Injuries.

#15) Video Surveillance in B-Dorm will clearly show

pg 8 of 6

me leaving shirtless with no Bandages on me anywhere but coming back with bandages all over me. The medical cameras will show as will body charts me having bruises, cuts, burns and coaster all over my body and nurses cleaning me up! I feel like my body chart was altered with so I've been requesting another one and putting in sick calls because of the pain I'm in. I feel like my bones are broken from the violent assault on me.

#16) Unnecessary use of excessive force was used on me while in restraints when I was pepper sprayed and not decontaminated in medical at a eye wash station. I was clearly left in pain to burn deliberately by defendants for punitive reasons wich served no penological interests.

#17) Defendants Boyd, McCovery, Spann, Jackson and LoveJoy were all deliberately indifferent towards my 8th Amendment Rights under the United States Constitution to be free from cruel and unusual punishment as they all participated in the malicious, sadistic intentional harmful acts done to me to cause me pain and suffering, mental anguish, nightmares and depression. These said acts violated my Rights under the 8th Amendment not once, not twice, But three times.

#18) The Eleventh Circuit Court of Appeals held in

pg 6 of 6

in the Hendricks V. Kingsley or Kingsley V. Hendricks case 3 years ago and In Brent Jacoby V. Lanier Cpt. McKee et al., Appl # 20-11989-I (Reverse and Remand) M.D. Alabama # 2:19-CV-01067 that these said acts are not tolerated and unconstitutional. So Therefore this applies to me Also. Also See Jacoby V. Baldwin County (11th Circuit 2018)(S.D Al 2012)

Wherefore I Request you order a Trial by Jury and Award Punitive Damages against all defendants in their Individual Capacities in the Amount of $100,000 One Hundred Thousand Dollars! Attached As (Exhibit A) is sworn Declaration of Brent J. Jacoby.

I declare under the penalty of perjury in telling the truth in this 1983 Action

Respectfully Submitted
Sign: X Ledarrius J. Allison
         #26897
Date: 12/15/2021

GERALD ROYAL WAGNER
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 02-28-2023

Case 2:22-cv-00126-WKW-SMD Document 1 Filed 03/11/22 Page 11 of 12

Cedarrius J. Ollison #268972
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

LEGAL MAIL!!

This Correspondence is forwarded from an Alabama Department... have not... responsible for the substance of the enclosed communications



Ala Supreme Court
Office of the Clerk
300 Dexter, Ave
Montgomery, AL 36104

FIRST-CLASS US POSTAGE IMI PITNEY BOWES
ZIP 35749 $ 000.93⁰
02 7H
0001320273  MAR 03 2022

SUPREME COURT OF ALABAMA
300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741



FIRST CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 36104  $ 000.93⁰
02 4W
0000339197 MAR. 10. 2022

US MIDDLE DISTRICT OF ALABAMA
CLERK'S OFFICE
1 CHURCH STREET
MONTGOMERY, ALABAMA 36104