IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEDARRIUS JABRELL OLLISON, AIS No. 268972,<br><br>Plaintiff,<br><br>v.<br><br>LT. KENDRICK BOYD, CAPTAIN JENKINS, SGT. DRANARRIS LOVEJOY, OFFICER S. SPANN, OFFICER L. JACKSON, OFFICER JASMYN T. MASSEY, and LT. JENNIFER MCCOVERY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:22-CV-126-WKW<br>)  [WO]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On October 3, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE